UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK D. HENSON,<br><br>    Plaintiff,<br><br>  v.<br><br>C.D.C.R., et al.,<br><br>    Defendants. | Case No.  1:16-cv-00471-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT**<br><br>**(ECF No. 12)** |

    Plaintiff is a County inmate proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's May 4, 2016, motion to proceed in forma pauperis. (ECF No. 12.)

    Plaintiff already has been granted leave to proceed in forma pauperis in this action. (ECF No. 9.) Accordingly, the present motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:  May 9, 2016                              /s/ *Michael J. Seng*
                                                                         UNITED STATES MAGISTRATE JUDGE