UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK D. HENSON,<br><br>          Plaintiff,<br><br>     v.<br><br>C.D.C.R., et al.,<br><br>          Defendants. | **CASE No. 1:16-cv-00471-LJO-MJS (PC)**<br><br>**ORDER FOR SERVICE OF COGNIZABLE FOURTH AMENDEMENT CLAIM AGAINST OFFICER DILLON AND FOR DISMISSAL OF ALL OTHER CLAIMS**<br><br>**(ECF NO. 1)**<br><br>**ORDER TO REDESIGNATE CASE AS A REGULAR CIVIL RIGHTS CASE AND TO REMOVE THE PC DESIGNATION FROM THE CASE NUMBER**<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 9.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On June 21, 2016, the Magistrate Judge screened Plaintiff's complaint and found that it stated a cognizable Fourth Amendment claim against Defendant Dillon. (ECF No. 22.) However, the Magistrate Judge concluded that Plaintiff's remaining claims were not cognizable. Plaintiff was given the option to either file an amended complaint or to

1 proceed only on the claim found to be cognizable. (Id.) Plaintiff responded indicating that he agreed to proceed only on the cognizable claim. (ECF No. 23.) He did not file an amended complaint.

Based on Plaintiff's response to the screening order, this case will proceed only on Plaintiff's Fourth Amendment claim against Defendant Dillon. All other claims and all other defendants will be dismissed with prejudice. Because the claim against Defendant Dillon is unrelated to Plaintiff's conditions of confinement, the Clerk of Court will be directed to redesignate this case as a regular civil rights case and to remove the "PC" designation from the case number.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall proceed on his Fourth Amendment claim against Defendant Dillon;

2. All other claims asserted in the complaint and all other defendants are DISMISSED with prejudice;

3. Service shall be initiated on the following Defendant:

    **JAMES DILLON –** Bakersfield Police Officer

4. The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 28, 2016;

5. Within thirty (30) days from the date of this order, Plaintiff shall complete and return to the Court the Notice of Submission of Documents along with the following documents:

    a.  One completed summons for the Defendant listed above,

    b.  One completed USM-285 form for the Defendant listed above,

    c.  Two (2) copies of the endorsed complaint filed March 28, 2016;

6. Plaintiff need not attempt service on Defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court shall direct the United States Marshal to serve the above-named

        Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs;

7. The failure to comply with this order will result in dismissal of this action; and

8. The Clerk of Court shall redesignate this matter as a regular civil rights action and shall remove the "PC" designation from the case number.

IT IS SO ORDERED.

Dated: **July 29, 2016**               **/s/ Lawrence J. O'Neill**
                                              UNITED STATES CHIEF DISTRICT JUDGE