UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ERICK D. HENSON, | CASE No. 1:16-cv-00471-LJO-MJS |
|---|---|
| Plaintiff, | **ORDER REDESIGNATING CASE AS PRISONER CIVIL RIGHTS CASE** |
| v. | |
| C.D.C.R., et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 9.) On July 29, 2016, the Clerk of Court was directed to redesignate this case as a regular civil rights case and to remove the "PC" designation from the case number. (ECF No. 24.) The Court has since determined that the redesignation was in error.

Accordingly, the Clerk of Court is HEREBY DIRECTED to redesignate this matter as a prisoner civil rights case and to reinstate the "PC" designation.

IT IS SO ORDERED.

Dated:   November 28, 2016         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE