UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERICK D. HENSON,

    Plaintiff,

v.

CDCR, et al.,

    Defendants.

CASE NO. 1:16-cv-00471-LJO--MJS (PC)

**ORDER DENYING MOTION FOR RECORDS (ECF NO. 34)**

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The matter proceeds on Plaintiff's Fourth Amendment claim against Defendant Dhillon.

Before the Court is Plaintiff's December 19, 2016 motion for records. (ECF No. 34.) Defendant filed no response.

Plaintiff's objective with this filing is unclear, but it appears he received copies of subpoenas requiring the California Department of Corrections and Rehabilitation to produce documents relating to Plaintiff, and he wants to obtain a copy of these same records.

Plaintiff presumably is able to access his own prison records and prison medical files upon request. In any event, Defendant is not required to produce such documents to Plaintiff, or to pay for copies of them, unless they are the subject of a properly propounded request for production of documents. Plaintiff makes no showing that he has

tried unsuccessfully to review his own file or that he has propounded a request for production of documents.

Accordingly, Plaintiff's motion for records is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 7, 2017           /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE